■ JOHN K. BARBER et al., Appellants, v BMW OF NORTH AMERICA, INC., Respondent, et al., Defendant.—Appeal by the plaintiffs from an order of the Supreme Court, Nassau County, dated December 1, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Harwood in his memorandum decision at the Supreme Court. Mollen, P. J., Lawrence, Kunzeman and Rubin, JJ., concur.